# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONALD RAY HEARN,<br><br>    Petitioner,<br><br>  v.<br><br>LINDA SANDERS, Warden,<br><br>    Respondent. | No. CV 09-2220-PA (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 19, 2009

                                              PERCY ANDERSON
                                UNITED STATES DISTRICT JUDGE